Printed on: 02/07/2013 | Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/2012 to 12/31/2012
**Case Number: 12-32062 (GMB)**

Lisa L. Powell
644 B Gershall Avenue
Pittsgrove, NJ  08318

Monthly Payment: $300.00
Payments / Month: 1
Current Trustee Comp.: 6.60%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 12/19/2012 | $600.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LISA L. POWELL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $3,076.00 | $0.00 | $3,076.00 | $0.00 |
| 1 | ATLANTIC CITY ELECTRIC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AUTO LOAN | 24 | $7,928.18 | $0.00 | $7,928.18 | $0.00 |
| 3 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | COMMUNITY AFFAIRS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | MAYERFELD | 12 | $4,030.64 | $0.00 | $4,030.64 | $0.00 |
| 7 | NJ MOTOR VEHICLE COMMISSION | 33 | $807.07 | $0.00 | $807.07 | $0.00 |
| 8 | REGIONAL DIAGNOSTIC IMAGING LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | SOUTH JERSEY HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | SOUTH JERSEY REGIONAL MED | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | Southern Regional Pathology Associates | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | TRACY'S CORNER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | QUANTUM3 GROUP, LLC | 33 | $168.99 | $0.00 | $168.99 | $0.00 |
| 18 | CUMBERLAND COUNTY | 33 | $4,578.00 | $0.00 | $4,578.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2012 | 57.00 | $300.00 |
| 07/01/2017 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $600.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $876.92 |
| Arrearages: | $623.08 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**